IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI THOMPSON,<br><br>            Plaintiff,<br><br>v.<br><br>IKEA US RETAIL, LLC,<br><br>            Defendant. | CIVIL ACTION<br>NO. 21-5288 |

## ORDER

**AND NOW**, this 27th day of April 2023, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 23), Plaintiff's Response in Opposition (Doc. No. 26), and Defendant's Reply (Doc. No. 27), it is **ORDERED** as follows:

1. The Motion for Summary Judgment (Doc. No. 23) is **DENIED**. The claims that remain in this case against Defendant are FMLA interference and FMLA retaliation as alleged in Count I.

2. The claims alleged in Counts II and III of the Complaint are **WITHDRAWN**.[1]

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

---

[1] In Plaintiff's Response in Opposition to the Motion for Summary Judgment, she withdrew (1) the Age Discrimination in Employment Act claim alleged Count II, and (2) the Maryland Fair Employment Practices Act claim alleged in Count III. (See Doc. No. 26-2 at 5 n.1.)